In the Matter of the Claim of FRANK INGELFINGER, Respondent, against JACOB DOLD PACKING COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of FRANZ STEPHENS, Respondent, against 327 CENTRAL PARK WEST CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award affirmed, with costs to the State Industrial Board. All concur, except McNamee, J., not voting.

In the Matter of the Claim of IDA MILLER, Respondent, against A. W. HALE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of EMMA KONZE, Respondent, against ADOLPH GOEBEL, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. —Award affirmed, with costs to the State Industrial Board. All concur, except McNamee, J., not voting.

In the Matter of the Claim of PHILIP MOSCON, Respondent, against MARTIN THOMFORD and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of BERTHA ROBLEE, Respondent, against NEW YORK TELEPHONE COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of TONY CIKQUEMANI, Respondent, against WALKER & HODGE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of MARY PHILLIPS and Another, Respondents, against ERIE RAILROAD COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.—Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of ALEXANDRINA PAISH and Others, Appellants, against T. H. SYMINGTON COMPANY and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed.

In the Matter of the Claim of ANNA OLSEN, Respondent, against TODD DRY DOCK ENGINEERING AND REPAIR CORPORATION, Appellant. STATE INDUSTRIAL BOARD, Respondent.—Award affirmed, with costs to the State Industrial Board. All concur, except McNamee, J., not voting.